**FIFTH DIVISION**
**MCFADDEN, C. J.,**
**BROWN and COOMER, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**August 6, 2019**

# In the Court of Appeals of Georgia

A17A0230. GEORGIA PORTS AUTHORITY v. LAWYER.

BROWN, Judge.

In *Ga. Ports Auth. v. Lawyer*, 304 Ga. 667 (821 SE2d 22) (2018) (*Lawyer II*), the Supreme Court of Georgia reversed Division 1 of this Court's opinion in *Ga. Ports Auth. v. Lawyer*, 342 Ga. App. 161 (803 SE2d 94) (2017) (*Lawyer I*). Accordingly, we vacate only Division 1 of our prior opinion, adopt the opinion of the Supreme Court of Georgia, and reverse the trial court's denial of the Georgia Ports Authority's motion to dismiss Lawyer's claim for damages in excess of $1 million. See *Lawyer II*, 304 Ga. at 682 (5).

*Judgment reversed. McFadden, P. J., and Coomer, J., concur.*